# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

NORTHSHORE PHARMACY,

      Plaintiff,

      v.

SOUTHERN ALLIANCE COMPANY, INC.
d/b/a T & S SUPPLY and
JAY GOINS,

      Defendants.

Case No.: 21CV605

DEMAND FOR JURY TRIAL

---

## MOTION TO DISMISS

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this

case without prejudice.

Dated this 12th day of January, 2022.

**HANSEN REYNOLDS LLC**

/s/ Michael C. Lueder
    Michael C. Lueder
    mlueder@hansenreynolds.com
    Hansen Reynolds LLC
    301 N Broadway, Suite 400
    Milwaukee, Wisconsin 53202
    Ph: 414-455-7676
    Fax: 414-273-8476

*Attorneys for Plaintiff*